IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**C CHANGE SURGICAL LLC,**

    Plaintiff,

v.

**MEDICAL SOLUTIONS, INC.,**

    Defendant.

Civil Action No. 1:06CV785-UA-RAE

## ORDER

Upon consideration of Defendant Medical Solutions, Inc.'s ("MSI") Consent Motion to Set Time to File an Answer or Other Responsive Pleading and good cause having been shown, it is:

    **ORDERED**, that the consent motion is **GRANTED**; and it is

    **FURTHER ORDERED**, that the time for MSI to file its Answer, Counterclaims, and other responsive pleading to the Complaint filed in this action is set for December 1, 2008; and it is

    **FURTHER ORDERED**, that the time for Plaintiff C Change Surgical LLC to respond to the Answer, Counterclaim and other responsive pleadings filed by MSI is set for January 5, 2009.

    This the \_\_\_\_ day of _____, 2008.

_____