IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:06CV785-UA-RAE

| | |
|---|---|
| C CHANGE SURGICAL LLC, | |
| Plaintiff, | |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| MEDICAL SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel states that Defendant/Counterclaim Plaintiff Medical Solutions, Inc. does not have a parent corporation and that no publicly-held corporation owns 10 percent or more of its stock.

This the 1st day of December, 2008.

/s/William K. Davis
William K. Davis, Bar No. 1117
Alan M. Ruley, Bar No. 16407
BELL DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: wdavis@belldavispitt.com
aruley@belldavispitt.com
**ATTORNEYS FOR DEFENDANT
MEDICAL SOLUTIONS, INC.**

*Of counsel:*

James H. Laughlin, Jr. (*Pro Hac Vice Application to be Filed*)
John P. Moran (*Pro Hac Vice Application to be Filed*)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Email: jim.laughlin@hklaw.com
Email: john.moran@hklaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Tonya R. Deem, TDeem@KilpatrickStockton.com, *Counsel for Plaintiff C Change Surgical LLC*.

/s/William K. Davis
William K. Davis
N.C. State Bar No. 1117