IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

|  |  |  |
|---|---|---|
| C$^o$ CHANGE SURGICAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:06-CV-785-UA-WWD |
| vs. | ) | |
| | ) | |
| MEDICAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF C CHANGE SURGICAL LLC'S MOTION TO STAY CASE PENDING REEXAMINATIONS OF PATENTS-IN-SUIT**

Plaintiff C$^o$ Change Surgical LLC ("C Change"), through counsel and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, MDNC, respectfully requests that this Court stay the above-captioned case pending the reexaminations of U.S. Patent Nos. 6,259,067 and 6,384,380 (collectively, the "patents-in-suit"). In support of this motion, C Change states as follows:

1. C Change filed *ex parte* reexamination requests with the United States Patent and Trademark Office ("USPTO") for both of the patents-in-suit on March 10, 2009 (the "Reexamination Requests").

2. These Reexamination Requests are likely to result in the commencement of reexamination proceedings in the USPTO. In fact, since 1981, the USPTO has granted 8,620 out of 9,382, or 92% of the requests for *ex parte* reexaminations. U.S. Patent and Trademark Office, *Ex Parte* Reexamination Filing Data – December 31, 2008, at 1,

*available at* http://www.uspto.gov/patents/documents/ex_parte.pdf. In the 6,595 reexamination certificates issued by the USPTO since 1981, 4,952 reexamination certificates, or 75% of all certificates, have resulted in either cancellation of all claims of the reexamined patent or in changes to some or all claims of the reexamined patent. *Id*. at 2.

3. Stays pending reexamination of patents are common, particularly where, as in this case, the litigation remains in its early stages.

WHEREFORE, for the foregoing reasons, and for the reasons stated in the accompanying Memorandum in Support of Plaintiff's Motion to Stay Pending Reexamination of the Patents-in-Suit, C Change respectfully requests that a stay be entered pending completion of the reexaminations and related appeals.

Respectfully submitted this the 13th day of March 2009.

/s/ Tonya R. Deem
Steven Gardner
N.C. State Bar No. 20984
Email: sgardner@kilpatrickstockton.com
Tonya R. Deem
N.C. State Bar No. 23075
Email: tdeem@kilpatrickstockton.com

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

*Attorneys for Plaintiff C$^o$ Change Surgical LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of March, 2009, the foregoing **MOTION TO STAY PENDING REEXAMINATION OF PATENTS IN SUIT** was electronically filed with the Clerk of Court using the CM/CEF System that will send notification of such filing to the following:

      William K. Davis
      Alan M. Ruley
      Bell Davis & Pitt, P.A.
      Century Plaza
      100 N. Cherry Street, Suite 600
      Winston-Salem, NC 27101
      Email: wdavis@belldavispitt.com
      Email: aruley@belldavispitt.com

and I hereby certify that I have mailed by first class mail, postage prepaid, the document to the following, who is not registered to receive Notices of Electronic Filing:

      James H. Laughlin, Jr.
      John P. Moran
      Holland & Knight, LLP
      2099 Pennsylvania Ave., N.W., Suite 100
      Washington, D.C. 20006
      Email: jim.laughlin@hklaw.com
      Email: john.moran@hklaw.com

                              /s/ Tonya R. Deem_____
                              Tonya R. Deem
                              *Attorney for Plaintiff*