IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:06-CV-785-UA-WWD

| | |
|---|---|
| C CHANGE SURGICAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL SOLUTIONS, INC., <br><br> Defendant. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.1(d), the undersigned will appear as additional counsel on behalf of the Defendant Medical Solutions, Inc. in the above-referenced matter:

>JAMES H. LAUGHLIN, JR. (*Admitted pro hac vice*)
>jim.laughlin@hklaw.com
>
>JOHN P. MORAN (*Admitted pro hac vice*)
>john.moran@hklaw.com
>
>HOLLAND & KNIGHT LLP
>2099 Pennsylvania Ave., N.W.
>Suite 100
>Washington, D.C.
>Telephone:  202/955-3000
>Facsimile:   202/955-5564

Counsel for Plaintiff C Change Surgical LLC is requested to serve copies of all communications, pleadings and papers on the above counsel.

Respectfully submitted this the 21st day of April, 2009.

/s/ Alan M. Ruley
William K. Davis, Bar No. 1117
Alan M. Ruley, Bar No. 16407
BELL DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: wdavis@belldavispitt.com
Email: aruley@belldavispitt.com

/s/ James H. Laughlin, Jr.
James H. Laughlin, Jr. (*Admitted pro hac vice*)
John P. Moran (*Admitted pro hac vice*)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Email: jim.laughlin@hklaw.com
Email: john.moran@hklaw.com

**ATTORNEYS FOR DEFENDANT MEDICAL SOLUTIONS, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to:

>Tonya R. Deem
>John Steven Gardner
>Jon Robert Pierce
>KILPATRICK STOCKTON LLP
>1001 West Fourth Street
>Winston-Salem, NC 27101-2400
>Email: tdeem@kilpatrickstockton.com
>Email: sgardner@kilpatrickstockton.com
>Email: jpierce@kilpatrickstockton.com

*Counsel for Plaintiff C Change Surgical LLC*

>/s/ James H. Laughlin, Jr.
>James H. Laughlin, Jr.

# 6265847_v1