IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C CHANGE SURGICAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 1:06CV785-UA-WWD |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Rule 26(f) Report (Dkt. No. 31, Ex. C at 11-12) adopted by the Court by Oral Order on May 21, 2009, Plaintiff/Counterclaim Defendant C Change Surgical LLC and Defendant/Counterclaim Plaintiff Medical Solutions, Inc. (collectively, the "Parties") hereby notify the Court that they have jointly selected Jon Harkavy of Greensboro, North Carolina to mediate the Parties' dispute.

While the Parties have agreed that mediation will occur early in the discovery period, the exact date of the mediation is still to be determined by Mr. Harkavy after consultation with the Parties.

Dated this 1st day of June, 2009.

Respectfully submitted,

| KILPATRICK STOCKTON LLP | BELL DAVIS & PITT, P.A. |
|---|---|

/s/Tonya R. Deem
Tonya R. Deem, Bar No. 23075
Steven Gardner, Bar No. 20984
Jon R. Pierce, Bar No. 36383
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Phone: (336) 607-7300
Facsimile: (336) 607 7500
Email: tdeem@kilpatrickstockton.com
Email: sgardner@kilpatrickstockton.com
Email: jpierce@kilpatrickstocton.com

**ATTORNEYS FOR PLAINTIFF
C CHANGE SURGICAL LLC**

/s/William K. Davis
William K. Davis, Bar No. 1117
Alan M. Ruley, Bar No. 16407
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: wdavis@belldavispitt.com
Email: aruley@belldavispitt.com

HOLLAND & KNIGHT LLP

/s/James H. Laughlin, Jr.
James H. Laughlin, Jr. (*Admitted pro hac vice*)
John P. Moran (*Admitted pro hac vice*)
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Email: jim.laughlin@hklaw.com
Email: john.moran@hklaw.com

**ATTORNEYS FOR DEFENDANT
MEDICAL SOLUTIONS, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing via the Court's CM/ECF system on this 1st day of June, 2009 on the following:

>Tonya R. Deem
>John Steven Gardner
>Jon Robert Pierce
>KILPATRICK STOCKTON LLP
>1001 West Fourth Street
>Winston-Salem, NC 27101-2400
>Email: tdeem@kilpatrickstockton.com
>Email: sgardner@kilpatrickstockton.com
>Email: jpierce@kilpatrickstockton.com
>
>*Attorneys for Plaintiff C Change Surgical LLC*

/s/William K. Davis
WILLIAM K. DAVIS
N.C. State Bar No. 1117