IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C CHANGE SURGICAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 1:06-CV-785-UA-WWD |

## NOTICE BY MEDICAL SOLUTIONS, INC. OF SERVICE OF INITIAL DISCLOSURES

Pursuant to the Rule 26(a)(1)(A) and the Rule 26(f) Report (Dkt. No. 31, Ex. C at 3), on this 1st day of June 2009, Defendant/Counterclaim Plaintiff Medical Solutions, Inc. served by email and first class mail its Initial Disclosures on Plaintiff/Counterclaim Defendant C Change Surgical LLC.

/s/ Alan M. Ruley
William K. Davis, Bar No. 1117
Alan M. Ruley, Bar No. 16407
BELL DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: wdavis@belldavispitt.com
Email: aruley@belldavispitt.com

/s/ James H. Laughlin, Jr.
James H. Laughlin, Jr. (*Admitted pro hac vice*)
John P. Moran (*Admitted pro hac vice*)
HOLLAND & KNIGHT, LLP

2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Email: jim.laughlin@hklaw.com
Email: john.moran@hklaw.com

**ATTORNEYS FOR DEFENDANT
MEDICAL SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing via the Court's CM/ECF system on this 1st day of June, 2009 on the following:

>Tonya R. Deem
>John Steven Gardner
>Jon Robert Pierce
>KILPATRICK STOCKTON LLP
>1001 West Fourth Street
>Winston-Salem, NC 27101-2400
>Email: tdeem@kilpatrickstockton.com
>Email: sgardner@kilpatrickstockton.com
>Email: jpierce@kilpatrickstockton.com
>
>*Counsel for Plaintiff C Change Surgical LLC*

/s/ James H. Laughlin, Jr.
James H. Laughlin, Jr.

2