IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| C CHANGE SURGICAL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06-CV-785-UA-TDS-WWD |
| vs. ) | |
| ) | |
| MEDICAL SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING RENEWED MOTION TO STAY PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

The Court having considered Plaintiff C Change Surgical LLC's Renewed Motion to Stay Pending Reexamination of Patents-in-Suit, and good cause having been shown, it is:

**ORDERED** that all proceedings before this Court are hereby stayed pending the outcome of the United States Patent and Trademark Office's reexamination of the patents-in-suit and related appeals or such further Order as this Court may make.

Date: _____      _____
                                  Honorable Wallace Dixon
                                  Honorable Thomas Schroeder

US2000 11289487.1