IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| C Change Surgical LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:06CV785-TDS-WWD |
| vs. | ) | |
| | ) | |
| Medical Solutions, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For good cause shown in the foregoing Consent Motion for Extension of Time, it is ORDERED that Plaintiff C Change Surgical LLC be allowed through and including December 10, 2009, to file its petition for a continuation of the stay with the Court.

This the ____ day of November 2009.

_____

US2000 11613084.1