US2000 11613084.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| C CHANGE SURGICAL LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:06CV785 |
| vs. | ) | |
| | ) | |
| MEDICAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Consent Motion for Extension of Time filed by the Parties. (Doc. 48).

Based on the representations to the court, the agreement between the parties and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff C Change Surgical LLC be allowed through and including December 10, 2009, to file its petition for a continuation of the stay with the Court.

_____
United States Magistrate Judge

December 3, 2009