IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| C CHANGE SURGICAL LLC, | ) |  |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06CV785 |
| | ) | |
| MEDICAL SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO CONTINUE
## STAY PENDING COMPLETION
## OF RE-EXAMINATIONS OF THE PATENTS-IN-SUIT

This action is before the Court on C Change Surgical LLC's Motion to Continue Stay Pending Completion of Re-examinations of Patents-in-Suit. (Doc. 50).

The Court having considered Plaintiff's Motion to Continue the Stay Pending the Completion of the Re-examination of Patents-in-Suit, the opposition of Defendant, and the Reply, and being convinced that the motion should be denied,

**IT IS HEREBY ORDERED** that the stay entered on August 21, 2009, is **VACATED** and the motion to continue the stay is **DENIED**. A Rule 26(f) Report has been filed and approved by the court. Nevertheless with the stay being entered the Report may not be effective for governing the pre-trial period. The clerk is directed to set the matter for the next Pre-Trial Motions Day in Durham for entry of a new Report. As is customary, the parties may avoid appearance in Durham by filing a joint Report.

_____
United States Magistrate Judge

February 3, 2010