# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**C Change Surgical LLC**

      v.                        Case Number: 1:06CV00785

**Medical Solutions, Inc.**

# NOTICE

**Take notice** that a proceeding in this case has been reset as indicated below:

|  |  |
|---|---|
| **PLACE:** | U.S. Post Office Building, 323 E. Chapel Hill St., Durham, NC |
| **COURTROOM NO.:** | Second Floor Courtroom |
| **DATE AND TIME:** | March 17, 2010 - 9:30 a.m. |
| **PROCEEDING:** | Initial Pretrial Conference |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2). **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.**

___

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: February 3, 2010

TO: ALL COUNSEL AND/OR PARTIES OF RECORD