IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| C CHANGE SURGICAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SOLUTIONS, INC.,<br><br>Defendant. | Case No. 1:06CV785-UA-WWD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.1(d), the undersigned will appear as additional counsel on behalf of the Plaintiff C Change Surgical LLC in the above-referenced matter:

> BRYAN WILSON (Admitted *pro hac vice*)
> bwilson@mofo.com
> Morrison Foerster
> 755 Page Mill Road
> Palo Alto, CA 94304-1018
> P (650) 813-5600
> F (650) 494-0792

Counsel for Defendant Medical Solutions, Inc. is requested to serve copies of all communications, pleadings and papers on the above counsel.

Respectfully submitted this 13th day of April, 2010.

> /s/ Matias Ferrario
> Steven Gardner, N.C. State Bar No. 20984
> Tonya R. Deem, N.C. State Bar No. 23075
> Matias Ferrario, N.C. State Bar No. 38723

1

US2000 11283590.1

KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Phone: (336) 607-7300
E-mail: sgardner@kilpatrickstockton.com
E-mail: tdeem@kilpatrickstockton.com
E-mail: mferrario@kilpatrickstockton.com

*/s/ Bryan Wilson*

Bryan Wilson (*pro hac vice*)
MORRISON & FOERSTER, LLP
755 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 813-5600
E-mail: bwilson@mofo.com

*Attorneys for C Change Surgical LLC*

2

US2000 11283590.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2010, the foregoing NOTICE OF APPEARANCE was delivered via e-mail to the following:

>William K. Davis
>Alan M. Ruley
>Bell Davis & Pitt, P.A.
>Century Plaza
>100 N. Cherry Street, Suite 600
>Winston-Salem, NC 27101
>Email: wdavis@belldavispitt.com
>Email: aruley@belldavispitt.com

>John P. Moran
>Holland & Knight, LLP
>2099 Pennsylvania Ave., N.W., Suite 100
>Washington, D.C. 20006
>Email: john.moran@hklaw.com

>/s/ Matias Ferrario
>Matias Ferrario
>*Attorney for C Change Surgical*

3

US2000 11283590.1